# EXHIBIT A



**CT Corporation**
**Service of Process Notification**
08/19/2022
CT Log Number 542153440

## Service of Process Transmittal Summary

**TO:** Joe Angulo
BODEGA LATINA CORPORATION
14601B LAKEWOOD BLVD
PARAMOUNT, CA 90723-3602

**RE:** Process Served in Texas

**FOR:** Fiesta Mart, L.L.C. (Domestic State: TX)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: HELYN MARTINEZ // To: Fiesta Mart, L.L.C. |
| **CASE #:** | 202250716 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, Dallas, TX |
| **DATE/METHOD OF SERVICE:** | By Process Server on 08/19/2022 at 02:46 |
| **JURISDICTION SERVED:** | Texas |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air |
| | Image SOP |
| | Email Notification, Monica Penichet  monica.penichet@blcmarkets.com |
| | Email Notification, Juan Ramos  juan.ramos@blcmarkets.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
1999 Bryan Street
Suite 900
Dallas, TX 75201
866-203-1500
DealTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Aug 19, 2022
**Server Name:** D'Ann Wathen

| Entity Served | FIESTA MART, L.L.C. |
|---|---|
| Case Number | 202250716 |
| Jurisdiction | TX |

| Inserts | | |
|---|---|---|
| | | |



```
                                              Receipt Number: 938634
                                              Tracking Number: 74039928
COPY OF PLEADING PROVIDED BY PLT
                                              DELIVERED AUG 1 9 2022
                      CAUSE NUMBER: 202250716
```

| PLAINTIFF: MARTINEZ, HELYN | In the 269th Judicial |
|---|---|
| vs. | District Court of |
| DEFENDANT: FIESTA MART LLC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: FIESTA MART LLC BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM

1999 BRYAN STREET STE 900

DALLAS TX 75201

OR WHEREVER IT MAY BE FOUND

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on August 17, 2022, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this August 17, 2022.



Marilyn Burgess

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: BRADFORD,TAIASHA NICOLE

Issued at request of:
Salvato, Carlo F
12929 GULF FREEWAY
Houston, TX  77034
713-340-6411
Bar Number: 24117012

Tracking Number: 74039928

**DELIVERED AUG 1 9 2022**

CAUSE NUMBER: 202250716

| | |
|---|---|
| PLAINTIFF: MARTINEZ, HELYN | In the 269th |
| vs. | Judicial District Court |
| DEFENDANT: FIESTA MART LLC | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____. M., on the _____ day of _____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock ____. M., on the _____ day of _____, 20 _____,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the _____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, 20 _____.

FEE: $ _____                    _____
                                         _____ of _____
County, Texas

_____           By: _____
        Affiant                              Deputy

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of _____, 20 _____

                                         _____
                                                  Notary Public