# EXHIBIT C

# NO STATE COURT ORDERS